**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-2056**

———————

RANDOLPH L. HUNTER,

                                        Plaintiff - Appellant,

        versus

UNITED PARCEL SERVICE,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:07-cv-00102-D)

———————

Submitted:  January 17, 2008        Decided:  January 22, 2008

———————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Randolph L. Hunter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph L. Hunter appeals the district court's order dismissing his Title VII complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hunter v. United Parcel Serv.</u>, No. 5:07-cv-00102-D (E.D.N.C. Sept. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>